UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Luis Mayancela, et al</u>

    v.                                      Case No. 20-cv-998-SM

<u>Rob Parker, et al</u>

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 23, 2023, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk of court shall enter judgment of default and close the case.

**So Ordered.**

                                              Steven J. McAuliffe
                                              United States District Judge

Date: March 29, 2023

cc:    Counsel of Record